**Ari H. Marcus, Esq.**
Licensed to Practice in NJ, NY & PA
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ & NY
YZelman@MarcusZelman.com

# MARCUS & ZELMAN, LLC
ATTORNEYS & COUNSELLORS AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
701 Cookman Avenue, Suite 300
Ocean, New Jersey 07712

**NEW YORK OFFICE**:
1 Deer Run Road
Pomona, New York 10970
*All Correspondence to NJ Office*

March 25, 2021

*<u>Via ECF</u>*
District Judge Brian R. Martinotti
Clarkson S. Fisher
402 East State Street
Trenton, New Jersey 08608

   Re: Gaffney et al. v. Select Portfolio Servicing, Inc. et al. .
      Docket No. 3:18-cv-12233-BRM-ZNQ

Dear Judge Martinotti:

  Please be advised that Plaintiff respectfully request that the current Unopposed Motion to Certify Class for Preliminary Approval filed on September 29, 2020 be withdrawn. ECF No. 39. After the Motion was filed, it was discovered that certain representation made (such as the class size) were incorrect. As such, and after consulting with the Honorable Judge Qurashi on today's status call, it was agreed that the best course of action would be to withdraw the current motion, and re-file a new motion with updated and revised numbers. Defendant consents to Plaintiff's request.

                 Very truly yours,

                 */s/ Ari H. Marcus*_____
                 Ari H. Marcus, Esq.

### **ORDER**

  GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

Dated: _____

                _____
                The Honorable Brian R Martinotti
                United States District Court